IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BISHOP,

      Plaintiff,                      No. CIV S-11-0095 EFB P

      vs.

KELLY HARRINGTON, et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis* and the appointment of counsel.

      Plaintiff alleges violations of his civil rights in Kern County and Kings County, California. Kern County and Kings County are in the Fresno Division of this court and this action should have been commenced there. *See* Local Rule 120(d). The court has not yet ruled on plaintiff's requests to proceed *in forma pauperis* and for the appointment of counsel.

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

3.  All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: January 18, 2011.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2