# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BISHOP,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY HARRINGTON, et al.,<br><br>    Defendants. | CASE NO. 1:11-cv-00094-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO ADDRESS TYPOGRAPHICAL ERRORS AND DIRECTING THE CLERK'S OFFICE TO CORRECT THE DOCKET<br><br>(ECF No. 16) |

    Plaintiff Robert Bishop, a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on January 10, 2011. (ECF No. 1.) On May 29, 2012, Plaintiff filed a motion to address typographical errors on the docket. (ECF No. 16.) The Court has reviewed Plaintiff's motion, complaint, and the docket and HEREBY ORDERS that:

    1.    Plaintiff's motion to address typographical errors is GRANTED; and

    2.    The Clerk's Office is directed to make the following corrections to the docket and send Plaintiff a copy of the corrected docket:

        a.    There has been a jury demand in this action;

        b.    Defendant J. Bugafin's name is to be corrected to J. Bugarin; and

        c.    Defendant G. Marta's name is to be corrected to J. Maita.

IT IS SO ORDERED.

    Dated:   February 21, 2013

UNITED STATES MAGISTRATE JUDGE

1