1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT BISHOP, | Case No. 1:11-cv-00094-LJO-SAB-PC |
|---|---|
| Plaintiff, | AMENDED ORDER GRANTING DEFENDANT SCLAFANI'S SUBSTITUTION OF ATTORNEY |
| v. | |
| KELLY HARRINGTON, et al. | (ECF No. 66) |
| Defendants. | |

On September 4, 2015, Defendant A. Sclafani filed a proposed substitution of attorney form substituting attorney Thomas P. Feher for attorney Kelly A. Samson. Accordingly, Thomas P. Feher is substituted as attorney of record and the Office of the Clerk is directed to terminate attorney Kelly A. Samson.

IT IS SO ORDERED.

Dated: __**September 10, 2015**__

UNITED STATES MAGISTRATE JUDGE

1