UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BISHOP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY HARRINGTON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-00094-LJO-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COURTESY COPY OF DOCUMENTS PREVIOUSLY PROVIDED TO THE COURT<br><br>[ECF Nos. 108, 113] |

　　　　Plaintiff Robert Bishop is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 18, 2016, Plaintiff filed a request for judicial notice in support of his opposition to Defendants' motion for summary judgment. (ECF No. 108.) On April 20, 2016, Plaintiff filed a motion for a courtesy copy of the documents attached to his request for judicial notice as Attachment A. (ECF No. 113.)

　　　　Plaintiff submits that he sent his only copy of Title 15 of the California Code of Regulations sections 3084 through 3084.7 to the Court in support of his request for judicial notice, and he is need of a copy of the document to submit in support of another pending case. The Court will make a one-time exception and provide Plaintiff a courtesy copy of the relevant document. However, Plaintiff is advised that any future requests will be subject to payment. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the

1

Clerk's Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent plaintiff except by order of the judge. As previously stated, the Court will make a one-time exception and provide Plaintiff a copy of the documents previously submitted. Plaintiff is advised that the Court reserves ruling on Plaintiff's request for judicial notice until such time as a ruling on Defendants' motion for summary is made.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a courtesy copy of Attachment A to Plaintiff request for judicial notice filed on February 18, 2016 (ECF No. 108).

IT IS SO ORDERED.

Dated:  **April 21, 2016**

UNITED STATES MAGISTRATE JUDGE

2