UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BISHOP,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY HARRINGTON, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00094-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 115] |

    Plaintiff Robert Bishop is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Defendants' motion to modify the dispositive motion deadline, filed May 31, 2016.

    The current deadline for filing dispositive motions is June 6, 2016.  However, Defendants' exhaustion-related motion for summary judgment is pending before the Court.  In addition, all merits-based discovery has been stayed during the pendency of Defendants' exhaustion-related motion.

    Good cause having been presented to the Court, it is HEREBY ORDERED that the dispositive motion deadline is VACATED and will be reset after the Court issues a new merit-based discovery deadline, if necessary.

IT IS SO ORDERED.

Dated:  **May 31, 2016**

                                      UNITED STATES MAGISTRATE JUDGE